WILLIAM D. BRINNIER, JR., and Others, as Surviving Executors, etc., of WILLIAM D. BRINNIER, Deceased, Respondents, v. SELMA HUDSON, Sometimes Known as SELMA KELBERSBERGER, Appellant, Impleaded with Others.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

WILLIAM R. HALL, Respondent, v. WILLIAM S. GRAYS, Appellant.— Motion granted, with ten dollars costs, unless by July first the appellant perfects his appeal and files his papers and pays said costs, in which event the motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

GAETANO CASTIGLIA and Others, Appellants, v. FRED R. LUCAS and Another, Respondents.— Motion granted, by default. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of LYMAN H. BEVANS, an Attorney.— Motion denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

FRANK WILKLOW, Respondent, v. VIRGINIA M. BENNETT, Appellant.— Motion granted, with ten dollars costs, unless the appellant makes and files case on appeal and serves brief, and has case ready for argument at the September General Calender Term, and pays said costs, in which event motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

LOREN D. WOODWARD, Respondent, v. JOHN M. WEEKS, Appellant.— Motion granted by default, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

WILLIAM P. RODGERS, Respondent, v. WOLCOTT MOTOR COMPANY, INC., Appellant.— Motion granted, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JOHN B. WEBSTER and Another, Doing Business under and by the Firm Name and Style of " CENTRAL GARAGE," Appellants, v. E. R. BOWKER, Respondent.— Motion granted, without costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.